WILLIAM ZIMMERMAN, DEFENDANT IN ERROR, v. HAUX-
HURST LAND COMPANY, PLAINTIFF IN ERROR.

Argued March 18, 1912—Decided June 20, 1912.

On error to the Hudson Circuit Court.

For the plaintiff in error, *Edward J. Luce* and *Gilbert Collins.*

For the defendant in error, *Charles E. S. Simpson.*

PER CURIAM.

This case was consolidated for the purpose of trial with that of Dierkes *v.* Hauxhurst Land Company, decided at the present term. For the reasons stated in the *per curiam* opinion filed in that case, *ante p.* 624, the judgment now under review will be affirmed.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, TREACY, JJ. 15.

*For reversal*—None.